IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        8:04CR141
                               )
      v.                       )
                               )
ISIAH BOGARD,                  )        ORDER
                               )
            Defendant.         )
_____)
```

The Court has been advised that defendant wishes to enter a plea in the above matter.  Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Tuesday, August 30, 2005, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 24th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court