IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )          8:04CR141
                               )
       v.                      )
                               )
ISIAH BOGARD,                  )          ORDER
                               )
             Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to continue dispositional hearing (Filing No. 61).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion is granted.  The dispositional hearing is rescheduled for:

**Thursday, May 2, 2013, at 10 a.m**.

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 28th day of February, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court