IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )      8:04CR141
                               )
     v.                        )
                               )
ISIAH BOGARD,                  )      ORDER
                               )
             Defendant.        )
_____)
```

      This matter is before the Court on defendant's motion to continue dispositional hearing (Filing No. 68).  The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that the dispositional hearing on the petition for warrant or summons for offender under supervision (Filing No. 52) is rescheduled for:

**Wednesday, November 20, 2013, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

      DATED this 10th day of September, 2013.

                           BY THE COURT:

                           /s/ Lyle E. Strom
                         _____
                         LYLE E. STROM, Senior Judge
                         United States District Court